

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00757-CV

**FEDEX CORPORATION** and FedEx Corporate Services, Inc.,
Appellants

v.

Michelle **CONTRERAS,** Individually and as Representative of the Estate of Christopher Talamantez, II, Deceased, Krystal Saldana a/n/f of C.M.T II and J.T., Minors, Victoria Campos a/n/f of D.C., a Minor, and Christopher Talamantez, Sr., Aurelio Fernando Perez, Individually and as Representative of the Estate of Christian Adam Vasquez, Deceased, Alexis Sanchez, Individually and as Representative of the Estate of Christian Vasquez, Deceased, Alexis Sanchez a/n/f of Christian Vasquez, Jr., a Minor,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22752
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

The Appellees' Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to April 24, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court